## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

WILLIAM L. SCOTT,            :  Case No. 3:16-cv-405
                          :
       Plaintiff,         :  District Judge Thomas M. Rose
                          :  Magistrate Judge Sharon L. Ovington
vs.                        :
                          :
COMMISSIONER OF THE SOCIAL  :
SECURITY ADMINISTRATION,    :
                          :
       Defendant.       :

## DECISION AND ENTRY

This case is before the Court on the parties' Joint Stipulation for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. #16). Specifically, the parties stipulate and petition this Court under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, to enter an order awarding Plaintiff $5,000.00 (five thousand dollars) in attorney fees, expenses, and costs. The award of attorney fees, expenses, and costs will fully satisfy and settle any and all of Plaintiff's claims under 28 U.S.C. § 2412 that may be payable in this case.

Any fees paid belong to Plaintiff and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States, pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521 (2010).

After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that

the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment

duly signed by Plaintiff.

**IT IS THEREFORE ORDERED THAT:**

1. The Parties' Joint Stipulation for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. #16) is accepted and the Commissioner shall pay Plaintiff's attorney fees, costs, and expenses in the total amount of $5,000.00;

2. Counsel for the parties shall verify, **within thirty days of this Decision and Entry,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff;

3. Plaintiff's Motion for Award of Attorney Fees and Costs Pursuant to the EAJA (Doc. #15) is denied as moot; and

4. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED**

Date: 6/6/2018         *\*s/Thomas M. Rose*
                Thomas M. Rose
                United States District Judge